THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS LOCAL 17 PENSION FUND, *et al.*,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BROCK INDUSTRIAL SERVICES, LLC, a Delaware limited liability company; and BROCK SERVICES, LLC, a Texas limited liability company,<br><br>        Defendants. | CASE NO.: 16-CV-8563<br><br>JUDGE: KENNELLY |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiffs, the INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS LOCAL 17 PENSION FUND *et al.* and the Defendants BROCK INDUSTRIAL SERVICES, LLC ("BIS") and BROCK SERVICES, LLC ("BSL"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Stipulated Order of Dismissal of this Lawsuit With Prejudice and stipulate as follows:

WHEREAS, the Parties in this matter have reached a Settlement Agreement and the Parties stipulate to the dismissal of the above-captioned matter with prejudice, and without costs or attorneys' fees to any party.

**THE PARTIES HEREBY STIPULATE AND IT IS HEREBY ORDERED THAT:**

1.     This case is dismissed with prejudice and without costs or attorneys' fees to either party.

ENTERED:

_____
Judge Matthew F. Kennelly

Dated: 9/19/2018

**Agreed and so stipulated,**

| | |
|---|---|
| **INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS, LOCAL 17 PENSIONFUND**, *et al*. | **BROCK INDUSTRIAL SERVICES, LLC; and BROCK SERVICES, LLC** |
| /s/ Jeffrey A. Krol - 6300262 | /s / Paul W. Coughenour |
| *One of Plaintiffs' Attorneys* | *One of Defendants' Attorneys* |
| JOHNSON & KROL, LLC | Clark Hill, PLC |
| 311 S. Wacker Drive, Suite 1050 | 151 S. Old Woodward, Suite 200 |
| Chicago, IL 60606 | Birmingham, MI 48009 |
| (312) 372-8587 | (248) 988-5862 |
| jeffkrol@johnsonkrol.com | pcoughenour@clarkhill.com |